

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00148-CV
No. 07-25-00252-CV

**HUB CITY VETERINARY CLINIC, PLLC, APPELLANT**

**V.**

**JEFF LEDFORD, DVM, APPELLEE**

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. DC-2023-CV-1532-A, Honorable Les Hatch, Presiding

August 26, 2025

## ORDER OF SEVERANCE AND DISMISSAL

Before QUINN, C.J., and DOSS and YABROUGH, JJ.

Appellant, Hub City Veterinary Clinic, PLLC, appeals from the trial court's *Amended Order on Cross Motions for Summary Judgment* and *Order Granting Counter Plaintiff, Jeff Ledford, DVM's, Motion to Sever Declaratory Judgment*. Appellee, Jeff Ledford, DVM, filed a cross-notice of appeal. Now pending before this Court is Ledford's unopposed motion seeking voluntary dismissal of his cross-appeal.

We find the motion to dismiss complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. Accordingly, we sever Ledford's cross-appeal into cause number 07-25-00252-CV, grant his motion to dismiss, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(b) (permitting disposition of severable portion of an appeal). Costs of the cross-appeal shall be taxed against Ledford. *See id.* at 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Hub City Veterinary Clinic, PLLC's appeal shall continue to disposition under appellate cause number 07-25-00148-CV.

It is so ordered.

Per Curiam